USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WILFREDO RECIO RIVERA,

              Defendant.

No. 18-CR-616 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Mr. Recio. The Government is directed to respond no later than July 9, 2021.

SO ORDERED.

Dated:    June 25, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge

Case # 18 Cr. 616 (RA)

United State District Court
Southern District of New York
Att: Hon. Ronnie Abrams, U.S.D.J.

Matter of: United States of America

v.

Wilfredo Recio Rivera
a.k.a. Jose D. Torres

Re: Sentence Clarification

Honorable Ronnie Abrams, U.S.D.J.,

    On March 8th, 2019 Your Honor sentence me to a Term of "60 months, 24 months which shall run consecutive to the state sentence." Your Honor explained to me that 36 months would run concurrent with my state sentence and the remaining 24 months shall run consecutive to my state sentence. Meaning that I would only have to serve 24 months in the Bureau of Prisons after serving my state sentence.
    I have recently been transferred from State Prison and committed to the Bureau of Prisons (MCC - New York) and they have calculated my release date as if the 60-months term has just began, which is not what Your Honor intended or explained during sentencing in Your Court.
    I am writing to You asking that the Court please clarify Your intended sentence to the Bureau of Prisons.
    Thank You For Your time in this matter, till I hear from You I remain..

Respectfully Submitted
Wilfredo R.
Wilfredo Recio Rivera

Wilfredo Recio Rivera #85946-054
150 Park Row
MCC-New York
New York, NY. 10007

NEW YORK NY 100
11 JUN 2021 PM 6 L

USMDS
SDNY

To: United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-

Att: Hon. Ronnie Abrams, U.S.D.J.

Legal Mail