USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

WILFREDO RECIO RIVERA,

Defendant.

18-CR-616 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On March 25, 2022, the Court received Mr. Recio's motion for a sentence reduction pursuant to 18 U.S.C. § 3582. Dkt. 33. The Government shall file a response to this motion by April 15, 2022.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Recio.

SO ORDERED.

Dated: March 25, 2022
New York, New York

Ronnie Abrams
United States District Judge